## John E. Neal, Appellant, v. Opal Fern Neal, Appellee.

### Gen. No. 9,492.

opinion filed February 28, 1946; released for publication March 26, 1946. C. Victor Cardose, for appellant; Homer D. McLaren, of counsel; John P. Snigg, for appellee. Opinion by Justice Wheat. Not to be published in full.